JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ERIC A. DANDRIDGE, | Case No. 2:26-cv-00277-SB-BFM |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| FRANK J. BISIGNANO et al., | |
| Defendants. | |

      For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Eric Dandridge's claims are dismissed with prejudice under Fed. R. Civ. P. 41(a)(2).

      This is a final judgment.

Date: April 29, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1